**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BURTON DUPUY & <br> YVONNE DUPUY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) | No: 1:07cv01006 (CKK) |

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as trial counsel on behalf of the United States in

the above-captioned case.

DATED: October 4, 2007

Respectfully submitted,

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon

the following individual(s) on October 4, 2007, by sending a copy by First Class mail,

postage prepaid, addressed as follows:

> BURTON DUPUY
> YVONNE DUPUY
> 147 Von Orange Lane
> Natchitoches, LA 71457

> /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ