UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BURTON DUPUY, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES GOVERNMENT, <br><br> Defendant. | Civil Action No. 07-1006 (CKK) |

**ORDER**
(October 23, 2007)

On October 4, 2007, Defendant filed a Motion to Dismiss in the above-captioned case. Plaintiffs are representing themselves, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, this Court advises Plaintiffs that they must respond to Defendant's Motion to Dismiss no later than November 15, 2007. If Plaintiffs do not file a timely response, the Court will treat Defendant's motion as conceded and dismiss Plaintiffs' Complaint. If Plaintiffs file a timely response, Defendant's Reply is due on or before November 29, 2007.

**SO ORDERED**.

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge

