## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BURTON DUPUY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES GOVERNMENT, <br><br> Defendant. | Civil Action No. 07-1006 (CKK) |

**ORDER**
(August 29, 2008)

On October 23, 2007, the Court issued an order advising Plaintiffs that they had to respond to Defendant's [5] Motion to Dismiss no later than November 15, 2007. The Court further advised Plaintiffs that if they failed to file a timely response, the court would treat Defendant's motion as conceded and dismiss Plaintiffs' Complaint. The Court did not receive a response from Plaintiffs by November 15, 2007, or at any time thereafter.

Accordingly, it is, this 29th day of August, 2008, hereby

**ORDERED** that Defendant's Motion to Dismiss is granted as conceded; it is further

**ORDERED** that Plaintiff's Complaint shall be dismissed without prejudice; and it is further

**ORDERED** that this case is dismissed in its entirety.

*This is a Final, Appealable Order*.

                                                           */s/*
                                                 COLLEEN KOLLAR-KOTELLY
                                                 United States District Judge